**Opinion issued August 29, 2023**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-22-00770-CV

―――――――――――――

## IN THE ESTATE OF HELEN RHEA GARY, DECEASED

---

**On Appeal from the 20th District Court**
**Milam County, Texas[1]**
**Trial Court Case No. CV37283**

---

## MEMORANDUM OPINION

Appellants, Paulette Gay Owens, Josh Owens, Errol Bruce Gary, Kathleen

Phillips, and Rhea Pringle, filed a notice of appeal from the trial court's August 9,

2022 order. Appellants have neither established indigence for purposes of costs nor

---

[1] Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 22–9083 (Tex. Sept. 27, 2022); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases); TEX. R. APP. P. 41.3.

paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* Tex. R. Civ. P. 145; Tex. R. App. P. 20.1(a), 37.3(b). On October 24, 2022, appellants were notified that this appeal was subject to dismissal if they did not submit written evidence that they had paid or made arrangements to pay the fee for the preparation of the clerk's record by November 23, 2022. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.